NO








NO. 12-10-00130-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER,
TEXAS

 

 

                                                                             '     APPEAL
FROM THE

 

IN THE
MATTER OF C.B.M.                          '     COUNTY COURT OF LAW

 

                                                                             '     ANDERSON
COUNTY, TEXAS

 

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant
has filed an unopposed motion to dismiss this appeal.  In his motion, Appellant
states that he no longer wishes to pursue the appeal.  Accordingly, the motion
is granted, and the appeal is dismissed.  

Opinion delivered October 27, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)